UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD HENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 16-CV-503-R |
| NATIONAL LLOYDS INSURANCE | ) | |
| COMPANY, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Donald Henson, and Defendant,

National Lloyds Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case

should be dismissed with prejudice.  All respective parties to bear their respective attorney

fees and costs.

Dated this 22 day of July 2016.

s/ Dawn M. Goeres
_____
Dawn M. Goeres, OBA No. 21923
PIGNATO, COOPER, KOLKER
 & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:       dawn@pclaw.org
**ATTORNEY FOR DEFENDANT**

_____
*(Signed by Filing Attorney with
Permission of Attorney)*
Steven S. Mansell, OBA No. 10584
Mark A. Engel, OBA No. 10796
Kenneth G. Cole, OBA No. 11792
Adam Engel, OBA No. 32384
MANSELL, ENGEL & COLE
101 Park Avenue, Suite 665
Oklahoma City, Oklahoma 73102
Telephone:   405-232-4100
Facsimile:   405-232-4140
Email:       mec@meclaw.net
**ATTORNEYS FOR PLAINTIFF**